**No. 58042.**—Geo. S. Bush & Co., Inc. *v.* United States, protest 204836–K (Portland, Oreg.).

Opinion by MOLLISON, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the motion to dismiss was granted.